**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GUSTAVO ZAVALA MARTINEZ, on behalf of   :
himself and all others similarly situated,   :

               Plaintiff,   :

            -against-   :

MAJOR FIRE PROTECTION CORP. and   :
JOSE GUILHERME RODRIGUES,   :

           Defendants.   :
-----------------------------------------------------------------X

16 Civ. 3753 (RMB) (BCM)

**INITIAL PRETRIAL**
**CONFERENCE**
**ORDER**

With respect to the above captioned matter, the Court directs as follows:

1. Counsel (or pro se litigants) are to appear for an initial pre-trial conference on **June 22, 2016 at 9:30 a.m.** in Courtroom 17B (17th floor), 500 Pearl Street, U.S. District Courthouse.  Counsel are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, first floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's web-site at www.nysd.uscourts.gov.

2. Counsel for Plaintiff (or Plaintiff) is responsible for notifying all parties of the above date immediately.

3. In accordance with Rule 16 of the Federal Rules of Civil Procedure, counsel jointly should complete in advance of the conference a case management plan (form attached). Counsel should bring a copy of the completed case management plan to the conference.

4. In addition to the matters covered in the case management plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and other issues relevant to case management. **Counsel should also be prepared to discuss their efforts to settle the case**.

5. Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to the Court prior to this conference.

Dated: New York, New York
       May 20, 2016

_Richard M. Berman_

_____
**RICHARD M. BERMAN, U.S.D.J.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

<table>
<tr><td>Plaintiff(s),</td><td><u>**Case Management Plan**</u></td></tr>
<tr><td>- v -</td><td>___ Civ. _____ (RMB)</td></tr>
<tr><td>Defendant(s).</td><td></td></tr>
</table>

--------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties.  This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by _____

(ii)     Amend the pleadings by _____

(iii)    All discovery to be **expeditiously** completed by _____

(iv)    Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions _____

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other _____

**SO ORDERED:**   New York, New York

               _____

                                               _____
                                             **Hon. Richard M. Berman, U.S.D.J.**