

**FITAPELLI & SCHAFFER**
— ATTORNEYS AT LAW —

28 Liberty Street • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

June 10, 2016

**Via ECF**
Hon. Richard M. Berman, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17B
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/16

   Re: *Martinez v. Major Fire Protection Corp. et al.*
     Case No: No. 16 Civ. 3753 (RMB)

Dear Judge Berman:

  We represent the Plaintiff and a putative class of employees who have worked for Major Fire Protection Corp. in New York. The Initial Pretrial Conference is scheduled for June 22, 2016. The parties were directed to jointly complete a case management plan in advance of the conference.

  We write pursuant to Section 1(D) of Your Honor's Individual Rules of Practice to respectfully request an adjournment of the Initial Pretrial Conference to a new date in mid-July. Plaintiff requests the adjournment of the Initial Pretrial Conference because Defendants have only recently been served and their Answer is not due until June 22, 2016. This is Plaintiffs' first request for an adjournment for the Initial Pretrial Conference.

  We are currently unaware whether the Defendants oppose or consent to this request as they have yet to respond to the Complaint.

*[Handwritten: Action granted.]*   *   *

~~We thank the Court for its consideration~~ of our request.

Respectfully submitted,

*[Handwritten: Rule 16 conference adjourned until 7/14/16 @ 9:30]*

*Brian Schaffer*
Brian S. Schaffer

**SO ORDERED:**
Date: 6/10/16   *[Signature]* Richard M. Berman
Richard M. Berman, U.S.D.J.

cc: Defendants (via U.S. Mail)
Major Fire Protection Corp.
520 50th Avenue
Long Island City, NY 11101